NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3110

LINDA A. WILLIAMS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF THE ARMY,

Intervenor.

Petition for review of the Merit Systems Protection Board in PH0752080427-I-1.

ON MOTION

ORDER

Linda A. Williams moves for an extension of time to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Williams' reply brief is due within 14 days of the date of filing of this order.

FOR THE COURT

'JUL 15 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2009

JAN HORBALY

cc:    Linda A. Williams
Elizabeth A. Speck, Esq.
Calvin M. Morrow, Esq.

s17